No. 09-838. Lucy Fothergill, et al., Petitioners v. United States.

559 U.S. 1006, 130 S. Ct. 1892, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2631.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 566 F.3d 248.

No. 09-839. Syble Hood and Tom H. Whiteside, Petitioners v. Edward D. Jones & Co., L.P., et al.; Syble Hood, Petitioner v. Edward D. Jones.

559 U.S. 1007, 130 S. Ct. 1892, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2652.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Eighth District, denied.

Same case below, 277 S.W.3d 498 (first judgment); 277 S.W.3d 505 (second judgment).

No. 09-841. Houston Independent School District, Petitioner v. V. P., By Next Friends Juan P., et ux.

559 U.S. 1007, 130 S. Ct. 1892, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2578.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 582 F.3d 576.

No. 09-842. Barbara Huss, et vir, Petitioners v. John Overton Gayden, et al.

559 U.S. 1007, 130 S. Ct. 1892, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2614.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 571 F.3d 442.

No. 09-843. Thanh Vong Hoai, et al., Petitioners v. Superior Court of the District of Columbia, et al.

559 U.S. 1007, 130 S. Ct. 1892, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2645, ▮

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 344 Fed. Appx. 620.

No. 09-847. Terrence Loose, as Trustee of the William Loose Family Trust, Petitioner v. Emil Cadkin, et al.

559 U.S. 1007, 130 S. Ct. 1895, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2681.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 569 F.3d 1142.

No. 09-848. Alvin L. Williams, Petitioner v. Charles A. Thorsen, III.

559 U.S. 1007, 130 S. Ct. 1896, 176 L. Ed. 2d 365, 2010 U.S. LEXIS 2674, ▮

March 22, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 388 Ill. App. 3d 1142, 367 Ill. Dec. 610, 982 N.E.2d 288.